[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-10179

_____

FILED

**U.S. COURT OF APPEALS**
**ELEVENTH CIRCUIT**
**October 25, 2005**
**THOMAS K. KAHN**
**CLERK**

D. C. Docket No. 03-00640 CV-AR-S

WESLEY HARRIS, JR.,

Plaintiff-Appellant,

versus

JOHN E. POTTER
Postmaster General,

Defendant-Appellee.

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

**(October 25, 2005)**

Before ANDERSON, BLACK and CARNES, Circuit Judges.

PER CURIAM:

After oral argument and careful consideration, we affirm. We affirm the

judgment of the district court with respect to plaintiff's disability claim, because

plaintiff failed to prove that he could perform the essential functions of the job, or that his health problems could be reasonably accommodated.  See Jackson v. Veterans Administration, 22 F.3d 277 (11th Cir. 1994).  We also affirm with respect to plaintiff's age claim; there is little or no evidence of age discrimination and plaintiff's alleged comparator is not similarly situated.  Finally, we affirm the judgment of the district court with respect to plaintiff's retaliation claim; plaintiff has failed to prove either causation or pretext to overcome the defendant's legitimate business reason.

AFFIRMED.